1 | Denise Bourgeois Haley
Attorney at Law: 143709
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net
5 |
Attorneys for Plaintiff
6 | Celestine Wright

7 |

8 | **UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
9 |

10 | CELESTINE WRIGHT,                                ) Case No.: CV 10-1718-PLA
                                                     )
11 |        Plaintiff,                                ) ORDER AWARDING EQUAL
                                                     ) ACCESS TO JUSTICE ACT
12 |     vs.                                          ) ATTORNEY FEES AND EXPENSES
                                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                               ) AND COSTS PURSUANT TO 28
Commissioner of Social Security,                    ) U.S.C. § 1920
14 |                                                  )
        Defendant                                    )
15 |                                                  )
    _____         )

16 |

17 |        Based upon the parties' Stipulation for the Award and Payment of Equal

18 | Access to Justice Act Fees, Costs, and Expenses:

19 |        IT IS ORDERED that fees and expenses in the amount of $2,940.00 as

20 | authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized

21 | by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22 | DATE:    March 17, 2011

23 |                                          _____
                                             THE HONORABLE PAUL L. ABRAMS
24 |                                          UNITED STATES MAGISTRATE JUDGE

25 |

26 |

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ Denise Bourgeois Haley
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Celestine Wright
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-